IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD OATES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

10-cv-816-bbc

LAURIE DOEHLING,
SHARON MOERCHEN,
DR. HUIBREGTSE and HOLLY PUHL,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Laurie Doehling, Sharon Moerchen, Dr. Huibregtse and Holly Puhl granting their motion for summary judgment and dismissing this case.

By: *[signature]*, Deputy Clerk      9-25-12
Peter Oppeneer, Clerk of Court      Date